FILED

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0364

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0364

_____

IN RE THE MARRIAGE OF:

DENI JEAN AMBERSON,

       Petitioner and Appellee,

   and                             O R D E R

BLAKE WILLIAM AMBERSON,

       Respondent and Appellant.

_____

On October 23, 2020, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 24 2020